

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

*271 Cadman Plaza East
Brooklyn, New York 11201*

MGD
F. #2021R00825

October 20, 2023

By ECF

The Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. John Yiu
     Criminal Docket No. 23-89 (HG)

Dear Judge Gonzalez:

  The government respectfully submits this letter in compliance with the Court's Order, dated September 26, 2023, directing the government to file a status update in the above-referenced case by October 20, 2023. Since the last status conference the parties have had a productive meeting regarding the case and are continuing actively to discuss a potential resolution short of trial. The government anticipates that the parties should have further updates for the Court at the next status conference, which is currently set for November 13, 2023. The government stands ready to provide any additional information the Court may require.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

      By: /s/ Miriam L. Glaser Dauermann
         Miriam L. Glaser Dauermann
         Acting Assistant Chief
         United States Department of Justice
         Criminal Division, Fraud Section
         (718) 254-7575

cc: Jeffrey Chabrowe, Esq. (by ECF)