

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MGD
F. #2021R00825

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 11, 2023

By ECF

The Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. John Yiu
     Criminal Docket No. 23-89 (HG)

Dear Judge Gonzalez:

  The parties respectfully submit this joint letter in compliance with the Court's order, issued November 13, 2023, directing the parties to file a joint status update in the above-referenced case by December 11, 2023, and in regard to the Court's order directing the defendant to file his pretrial motions by today's date. The parties continue to discuss a potential resolution short of trial and are hopeful that a resolution will be reached in the coming weeks. In light of the progress of the parties' negotiations, defense counsel has indicated to the government that he does not intend to file pretrial motions. The parties will submit another status update should a resolution not be reached within 30 days, or at such earlier time as the Court may deem appropriate. The parties stand ready to provide any additional information the Court may require.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

      By: /s/ Miriam L. Glaser Dauermann
         Miriam L. Glaser Dauermann
         Acting Assistant Chief
         United States Department of Justice
         Criminal Division, Fraud Section
         (718) 254-7575

cc: Jeffrey Chabrowe, Esq. (by ECF)