

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MGD
F. #2021R00825

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 10, 2024

<u>By ECF</u>

The Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. John Yiu</u>
                Criminal Docket No. 23-89 (HG)

Dear Judge Gonzalez:

      The parties respectfully submit this joint letter in compliance with the Court's order, issued December 11, 2023, directing the parties to update the Court by today's date regarding the status of the above-referenced case. The defendant has notified the government that he intends to plead guilty and requests that the Court schedule a change-of-plea hearing. The parties respectfully request that the Court schedule the hearing for a date approximately three weeks from today, which will give parties the necessary time to work out the terms of the guilty plea. The parties understand from Your Honor's courtroom deputy that Friday, February 2, at 3:00 p.m. is a date and time that is available on the Court's calendar.

      The parties further respectfully request that the Court exclude from the Speedy Trial Clock the time between today's date and the date of the guilty plea so that the parties may finalize the plea agreement.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/ Miriam L. Glaser Dauermann
      Miriam L. Glaser Dauermann
      Acting Assistant Chief
      United States Department of Justice
      Criminal Division, Fraud Section
      (718) 254-7575

cc:    Jeffrey Chabrowe, Esq. (by ECF)