# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

February 13, 2024

Judge Hector Gonzalez
United States District Court
  Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

>       Re:     *USA v. John Yiu,* Case No. 1:23-cr-00089-HG-1
>               Letter Motion to Continue

Dear Judge Hector Gonzalez:

I am requesting an adjournment of the February 16 change of plea hearing in the above case. I am on trial in the 2020 incarcerated defendant homicide case of Ahmed Morrison in Kings Supreme Criminal Court. I request adjournment until March 4 or thereafter. I agree to exclude this time from the speedy trial clock. The government consents to this request.

Thank you for your time and consideration in this matter.

Respectfully submitted,

*Jeff Chabrowe*

**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
***Counsel for Defendant John Yiu***