# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

May 14, 2024

Judge Hector Gonzalez
United States District Court
  Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

      Re:    *USA v. John Yiu,* Case No. 1:23-cr-00089-HG-1
               Letter Request to Modify Release Conditions

Dear Judge Gonzalez:

    I am requesting a modification to the release conditions of the above-listed defendant. Dr. Yiu's son plans to tour several universities and Dr. Yiu wishes to accompany him. I request that Dr. Yiu be authorized to travel to and among Washington D.C., North Carolina, South Carolina, and Florida from June 20 to June 28. Pre-trial and the government have no objection to this request.

    Thank you for your time and consideration in this matter.

                                            Respectfully submitted,

                                            */s/ Jeff Chabrowe*
                                            **JEFFREY CHABROWE, ESQ.**
                                            **LAW OFFICES OF JEFFREY CHABROWE**
                                            521 Fifth Avenue, 17th Floor
                                            New York, NY 10175
                                            (917) 529-3921
                                            jeff@chabrowe.com
                                            ***Counsel for Defendant John Yiu***