# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

August 20, 2024

Judge Hector Gonzalez
United States District Court
  Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

      Re:    U.S.A. v. John Yiu, Case No. 1:23-cr-00089-HG-1
             Consent Letter Motion to Continue Sentencing

Dear Judge Gonzalez:

      I am requesting an adjournment of the September 6 sentencing in the above case.

      I have the Grand Larceny in the Second Degree case of Chantel Chenault on for re-trial in Westchester County Court on September 9. I also have the 2021 Murder in the Second Degree case of incarcerated defendant Arthur McLaurin in Bronx Supreme Criminal Court on for September 10. One of those two cases will go forward to trial that week with the murder case having priority. I cannot prepare for Dr. Yiu's sentencing simultaneously with these trial cases.

      Since the death of his father in May after a prolonged illness, Dr. Yiu's 80-year-old mother has been living with him. Dr. Yiu's parents were married for 56 years. His mother now suffers from dementia and depression. She is about to undergo a full hip replacement and surgery for a torn rotator cuff. She cannot feed herself or use the bathroom without assistance. Furthermore, Dr. Yiu's wife has breast cancer. Her cancer is in remission but has left her with pulmonary side effects. She cannot perform daily tasks without difficulty breathing.

      Dr. Yiu's time has been near fully occupied with the care of his ill family members. He has yet to secure adequate replacement care for them while he is incarcerated. We also have yet to be provided any letters of support from Dr. Yiu's friends and family. I have once again stressed the importance of gathering these letters to Dr. Yiu. He understands the urgency of this request and will ensure letters are provided as soon as possible.

      Based on the foregoing, I request a one-month continuance of the sentencing in this case. The government consents to this request but notes that it will not consent to any further adjournments. Further, AUSA Glaser is unavailable from September 30 until October 4. Thank you for your time and consideration in this matter.

                                                                      Respectfully submitted,

                                                                  */s/ Jeff Chabrowe*

                                                          JEFFREY CHABROWE, ESQ.
                                                          LAW OFFICES OF JEFFREY CHABROWE
                                                           521 Fifth Avenue, 17th Floor

New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
***Counsel for Defendant John Yiu***