

U.S. Department of Justice

United States Attorney
Eastern District of New York

FR:TRP
F. #2023R00064

271 Cadman Plaza East
Brooklyn, New York 11201

August 29, 2024

By ECF
The Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. John Yiu
     Criminal Docket No. 23-89 (HG)

Dear Judge Gonzalez:

  Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-referenced case, the terms of which the defendant, John Yiu, has agreed to in connection with his guilty plea accepted by Your Honor on March 6, 2024. The government respectfully requests that the Court enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

  Thank you for Your Honor's consideration of this submission.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

        By: /s/ Tanisha R. Payne
            Tanisha R. Payne
            Assistant U.S. Attorney
            (718) 254-6358

Encl.: Order of Forfeiture
cc:  Counsel of Record (by ECF)