THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY  10175 | Tel. 917.529.3921| F 914.462.3637

December 13, 2024

Judge Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: USA v. John Yiu, Case No. 1:23-cr-00089-HG-1
        Letter Motion to Continue Self-Surrender Date

Dear Judge Gonzalez:

    I represent Dr. Yiu in the above case.  I request adjournment of his self-surrender date from January 10, 2025 to February 3, 2025. Dr. Yiu wishes to spend the Chinese New Year with his family. The government has no objection to this request.

    We also request the Court explicitly recommend to the Bureau of Prisons Dr. Yiu be designated to the BOP prison camp at FPC Fort Dix in Fort Dix, New Jersey. He is tentatively designated to the men's camp adjacent to FCI Lewisburg in Pennsylvania. That camp is over a three hour drive from Dr. Yiu's family home in Holmdel, NJ. The Fort Dix camp is one hour's drive from his home. His family's mobility is greatly limited by the significant health issues of his wife and mother. It would be extremely helpful to the family if Dr. Yiu is located at the Fort Dix camp much closer to his home.

    Thank you for your assistance with these matters.

        Sincerely,

        *Jeff Chabrowe*

        **JEFFREY CHABROWE, ESQ.**
        **LAW OFFICES OF JEFFREY CHABROWE**
        521 Fifth Avenue, 17th Floor
        New York, NY 10175
        (917) 529-3921
        ***Counsel for John Yiu***

cc: Miriam L. Glaser Dauermann, Esq.